# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1389

_____

United States of America,

        Appellee,

v.

George D. Leisure,

        Appellant.

\*   Appeal from the United States
\*   District Court for the
\*   Eastern District of Missouri.

\*   [UNPUBLISHED]

_____

Submitted:  February 7, 2002
Filed:  February 11, 2002

_____

Before HANSEN, Chief Judge, FAGG and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

After George D. Leisure pleaded guilty to being a felon in possession of firearms, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), the district court sentenced him to 20 months imprisonment and 3 years supervised release. Leisure appeals and we affirm.

Leisure first challenges the district court's compliance with Federal Rule of Criminal Procedure 11(d) and (f). There was no error: the court questioned Leisure extensively about his competency to plead guilty before determining the plea was voluntary, and properly determined there was a factual basis for the plea. Leisure also

challenges the actual voluntariness of his guilty plea and his counsel's effectiveness, but these challenges are not properly before us. See United States v. Young, 927 F.2d 1060, 1061 (8th Cir.), cert. denied, 502 U.S. 943 (1991).

Leisure's remaining claims concerning the Fourth Amendment, his speedy-trial rights, and his innocence, are foreclosed by his guilty plea. See United States v. Arrellano, 213 F.3d 427, 430 (8th Cir. 2000); Cox v. Lockhart, 970 F.2d 448, 453 (8th Cir. 1992); cf. United States v. Beck, 250 F.3d 1163, 1166-67 (8th Cir. 2001).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.